# UNITED STATES DISTRICT COURT  FILED

Western DISTRICT OF Texas

UNITED STATES OF AMERICA
V.

ADAN FARIAS
Defendant

**AGREEMENT TO FORFEIT PROPERTY**

CASE NUMBER: A-12-CR-210 (10) SS

2012 JUL 27 AM 11:00
CLERK U.S. DISTRICT COURT
DIST. OF CALIF.
LOS ANGELES
BY: NC

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

4806 East Gage Avenue, Ball, CA 90201

and there has been posted with the court the following indicia of my/our ownership of the property:

Notice of delinquency - Los Angeles County (attached)

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

NONE

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____Adan Farias_____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on _____ at _____
                              (Date)                (Place)

Defendant _____/s/_____ Adan Farias  Address _____
Owner(s)/ _____/s/_____ Margarito Farias  Address 4806 East Gage Ave., Bell, CA 90201
Owner(s) _____/s/_____ Maria Farias  Address 4806 East Gage Ave., Bell, CA 90201
                                      Address _____

Signed and acknowledged before me on _____
                                        (Date)

_____
(Judge/Clerk)

Approved: _____
            (Judge)

# 2011 - 2012 DELINQUENT TAX BILL

CITIES, COUNTY, SCHOOLS AND ALL OTHER TAXING AGENCIES IN LOS ANGELES COUNTY

SECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2011 TO JUNE 30, 2012

## NOTICE OF DELINQUENCY

6326 013 002 11 000 DEL
FARIAS, MARGARITO AND MARIA M
4814 GAGE AVE
BELL CA 90201-1425

MARK J. SALADINO
TREASURER AND TAX COLLECTOR
225 NORTH HILL STREET
LOS ANGELES, CA 90012
1(213) 974-2111 OR 1(888) 807-2111
1(213) 974-2196 (TDD)
ON THE WEB AT www.lacountypropertytax.com

PROPERTY LOCATION AND/OR PROPERTY DESCRIPTION
4806 GAGE AVE
BELL CA 90201-1425
TRACT # 4015 EX OF ST
LOT    2

DELINQUENT TAX INFORMATION

THE TAX AMOUNT, PENALTIES AND COST FOR THIS PROPERTY ARE PAST DUE. IF THE AMOUNT ON THIS NOTICE IS NOT PAID IN FULL BY JUNE 30, THE TAXES WILL DEFAULT ON JULY 1 AND WILL BE SUBJECT TO A $15.00 FEE AND REDEMPTION PENALTY CALCULATED AT THE RATE OF 1.5% PER MONTH ON THE ORIGINAL TAX AMOUNT. VACANT RESIDENTIAL LOTS AND COMMERCIAL PROPERTY MAY BE SOLD AT PUBLIC AUCTION IF THE PROPERTY HAS BEEN IN A DEFAULT STATUS FOR THREE YEARS. RESIDENTIAL AND AGRICULTURAL PROPERTY MAY BE SOLD AT PUBLIC AUCTION IF THE PROPERTY HAS BEEN IN A DEFAULT STATUS FOR FIVE YEARS.

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.

| | PRINT NO. | ASSESSOR'S ID. NO. | | | | | TRA | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Map Book | Page | Parcel | Year | Seq. No. | | | |
| | 107380 | 6326 | 013 | 002 | 11 | 000 | 00518 | PIN: 702108 | |
| | 1ST INSTALLMENT 10% PENALTY AFTER 12 10 11 | | | 2ND INSTALLMENT 10% PENALTY + $10.00 COST AFTER 04 10 12 | | | TOTAL TAX PENALTIES APPLY WHEN SHOWN | | |
| TAX | 2234.18 | | | 2234.17 | | | 4468.35 | | |
| PEN | .00 | | | 233.41 | | | 233.41 | | |
| TOTAL | 2234.18 | | | 2467.58 | | | 4701.76 | | |
| NET PD/REF | 2234.18 | | | .00 | | | 2234.18 | | |
| DUE | .00 | | | 2467.58 | | | 2467.58 | | |

# UNITED STATES DISTRICT COURT

Western _____ DISTRICT OF _____ Texas

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

ADAN FARIAS
Defendant

CASE NUMBER:  A-12-CR-210 (10) SS

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

1161 East 19th Street, San Angelo, TX 76903

and there has been posted with the court the following indicia of my/our ownership of the property:

Warranty Deed (attached)

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

NONE

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____ Adan Farias _____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on _____ at _____
                            (Date)                  (Place)

Defendant _/s/ Adan Farias___  Address _____
Owner(s)/  _/s/ Javier Torres_  Address  9015 Hadden Ave, Sun Valley, CA 91352
Obligor(s)                      Address _____
                                Address _____

Signed and acknowledged before me on _____
                                        (Date)

_____
(Judge/Clerk)

Approved: _____
          (Judge)

637169
2 PGS

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

# WARRANTY DEED

**Date:** July 30, 2007

**Grantor:** MIGUEL DURAN, owning and occupying other property as homestead

**Grantor's Mailing Address (including county):** 4909 Royal Oak Drive, San Angelo, Tom Green County, Texas 76904

**Grantee:** JAVIER TORRES

**Grantee's Mailing Address (including county):** 9015 Haddon Avenue, Sun Valley, County, California 91352

**Consideration:** Ten and No/100 Dollars and other valuable cash consideration.

**Property (including any improvements):** Lot 6, Block 6, BRADFORD ADDITION, City of San Angelo, Tom Green County, Texas according to map or plat recorded in Volume 1, Page 338 Plat Records of Tom Green County, Texas.

**Reservations from and Exceptions to Conveyance and Warranty:**

Restrictive covenants recorded in Volume 1, Page 342, Plat Records of Tom Green County, Texas, amended in Volume 296, Page 506, Deed Records of Tom Green County, Texas.

**Conveyance and Warranty:**

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in anywise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

WARRANTY DEED - PAGE 1

When the context requires, singular nouns and pronouns include the plural.

_____
MIGUEL DURAN

(Acknowledgment)

THE STATE OF TEXAS §

COUNTY OF TOM GREEN §

Before me, the undersigned authority, on this day personally appeared MIGUEL DURAN, known to me (or proved to me on the oath of ____Known____ or through _____ (description of identity card or other document), to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS __30__ day of July, 2007.



_____
Notary Public, State of Texas

S:\TITLE\RE docs\July 2007\Duran to Torres wd.wpd

AFTER RECORDING RETURN TO:

JAVIER TORRES
9015 Haddon Avenue
Sun Valley, California 91352

PREPARED IN THE LAW OFFICE OF:

GOSSETT, HARRISON, REESE
MILLICAN & STIPANOVIC, P.C.
P. O. Box 911
San Angelo, Texas 76902

CERTIFIED FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

_Elizabeth McGill_
Elizabeth McGill, County Clerk
Tom Green County TEXAS
August 10, 2007 04:10:44 PM
FEE: $20.00          637169

WARRANTY DEED - PAGE 2

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Texas

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **AGREEMENT TO FORFEIT PROPERTY** |
| ADAN FARIAS | CASE NUMBER: A-12-CR-210 (10) SS |
| Defendant | |

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

1209 Ardmore Street, San Angelo, TX 76905

and there has been posted with the court the following indicia of my/our ownership of the property:

Warranty Deed (attached)

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

NONE

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____Adan Farias_____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on _____ at _____
(Date)                              (Place)

Defendant _____Adan Farias_____ Address _____
Owner(s)/ _____Javier Torres_____ Address _9015 Hadden Ave. Sun Valley, CA 91352_
Obligor(s) _____ Address _____
_____ Address _____

Signed and acknowledged before me on _____
(Date)

_____
(Judge/Clerk)

Approved: _____
(Judge)

533058
2 PGS

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SPECIAL WARRANTY DEED

STATE OF TEXAS §
COUNTY OF TOM GREEN § KNOW ALL MEN BY THESE PRESENTS

**Date:** May 23, 2007

**Grantor:** FANNIE MAE also known as FEDERAL NATIONAL MORTGAGE ASSOCIATION

**Grantor's Mailing Address:** 14221 DALLAS PARKWAY #200
DALLAS, TEXAS 75254
DALLAS COUNTY

**Grantee:** JAVIER TORRES, as his sole and separate property and estate.

**Grantee's Mailing Address:** 90156 HADDON AVENUE
SUN VALLEY, CA 91352
LOS ANGELES COUNTY

**Consideration:** TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration.

**Property:** Lot Three (3), Block "M", Belaire Subdivision, City of San Angelo, Tom Green County, Texas, according to the map or plat of said Subdivision of record in the office of the County Clerk of Tom Green County, Texas.

**Reservations from and Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for 2007, which Grantee assumes and agrees to pay, but not subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantor assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

As a material part of the Consideration for this deed, Grantor and Grantee agree that Grantee is taking the Property "AS IS" with any and all latent and patent defects and that there is no warranty by Grantor that the Property has a particular financial value or is fit for a particular purpose. Grantee acknowledges and stipulates that Grantee is

not relying on any representation, statement, or other assertion with respect to the Property condition but is relying on Grantee's examination of the Property. Grantee takes the Property with the express understanding and stipulation that there are no express or implied warranties except for limited warranties of title set forth in this deed.

When the context requires, singular nouns and pronouns include the plural.

FANNIE MAE also known as FEDERAL NATIONAL MORTGAGE ASSOCIATION

BY:
BY:
TITLE: Donna Ghassemi
Vice President

THE STATE OF TEXAS
COUNTY OF DALLAS

This instrument was acknowledged before me on the ___ day of May 22, 2007 by Donna Ghassemi, as Vice President on behalf of FANNIE MAE also known as FEDERAL NATIONAL MORTGAGE ASSOCIATION.

D. VANESSA BROWN
Notary Public, State of Texas
My Commission Expires 09-23-10

NOTARY PUBLIC, STATE OF TEXAS

AFTER RECORDING RETURN TO:
GF0705043X

PREPARED IN THE LAW OFFICE OF
W. DREW DARBY & ASSOC.;kmh
136 W. Twohig, Ste C
San Angelo, Tx 76903

CERTIFIED FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

Elizabeth McGill
Elizabeth McGill, County Clerk
Tom Green County TEXAS
June 04, 2007 02:08:56 PM
FEE: $28.00          633058

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

July 25, 2012

# TRANSMISSION OF FACSIMILE DOCUMENT

**To:**              CD/CA, Criminal Intake

**FAX Number:**      (213) 894-2022

**Voice Number:**    (213) 894-8288

**From:**            Annette French, Magistrate Courtroom Deputy

**Pages to follow:** 8

**Subject:**         Agreement to Forfeit Property - Surety signatures needed

**Message or special instructions:**

Three Sureties have been instructed to report by 5:00 p.m. Friday, July 27th to provide signatures on the following designated signature lines. Please obtain copies of their picture ID's. Signed paperwork needs to be faxed to (512) 916-5894, Attn Julie Golden or emailed to: julie_golden@txwd.uscourts.gov. Please call Julie Golden or Annette French at (512) 916-5896, with any questions. Thank you.

## Confidentiality Notice

The information contained in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of the information contained herein is prohibited, and may be a violation of federal law. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the above address. THANK YOU.